LABORDE, DEMANDANTE Y APELADO, *v.* LÓPEZ, DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao en pleito sobre indemnización (aprobación de memorándum de costas).

No. 2406.—Resuelto en mayo 31, 1921.

HONORARIOS DE ABOGADO POR SERVICIOS ANTE LA CORTE SUPREMA—MEMORÁNDUM DE COSTAS—JURISDICCIÓN.—Al presentarse el memorándum de costas se cobraron honorarios de abogado por trabajos realizados en esta Corte Suprema y la corte de distrito ordenó el pago de los mismos. *Se resolvió*: que la corte de distrito carecía de jurisdicción para dictar tal orden.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. F. González* y *J. B. Huyke.*

Abogado del apelado: *Sr. M. Tous Soto.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

Firme la sentencia dictada finalmente en este pleito, la parte demandante presentó un memorándum de costas, desembolsos y honorarios y ascendentes a $3,615.35. El demandado lo impugnó y la corte de distrito ordenó el pago de $1,586.35. El demandado apeló para ante este tribunal.

El memorándum contiene las siguientes partidas: "honorarios del abogado Eugenio Benítez Castaño ante la corte de distrito, $700. *Idem* ante el Tribunal Supremo, $1,000. Honorarios del abogado M. Tous Soto ante la corte de distrito y el Tribunal Supremo, $1,000."

La resolución de la corte de distrito en cuanto a esas partidas fué así: "y en cuanto se refiere a los honorarios de los abogados Eugenio Benítez Castaño y M. Tous Soto, que se fijan en las cantidades de $1,700 y $1,000, respectivamente, se reducen, vistos estos autos y dada la cuantía de la sentencia dictada en definitiva por el Tribunal Supremo, a las cantidades de $800 y $700."

Como se ve cobráronse aquí honorarios no sólo por el trabajo realizado en la corte de distrito, sí que también por el efectuado en el Tribunal Supremo. Y la corte tuvo en cuenta ambos trabajos.

El pronunciamiento de la sentencia sobre pago de honorarios se refería naturalmente a las costas causadas a la fecha de dicha sentencia. La Corte Suprema dejó en pie ese pronunciamiento. Ningún tribunal hizo pronunciamiento alguno sobre el pago de honorarios por trabajos realizados con motivo de la apelación y en tal virtud la corte de distrito actuó sin autoridad al tener en cuenta dicho trabajo para fijar la cuantía de los honorarios y como no tenemos base para determinar lo que hubiera decidido la corte de distrito con respecto al trabajo realizado en dicha corte considerado aisladamente, la resolución que se impone es devolver el asunto a la repetida corte para que lo considere y resuelva de nuevo con arreglo a los principios expuestos en esta opinión y en la emitida en el caso de *Nicot* v. *Valdecilla et al.*, decidido hoy, en el cual la misma cuestión aquí envuelta se estudia con más amplitud.

*Revocada la resolución recurrida y devuelto el caso a la corte de su origen.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y Aldrey.

El Juez Asociado Sr. Hutchison firmó "Conforme con la sentencia."